## The Portage Lake and Lake Superior Ship Canal Co.
## v. Adam Haas.

*Statutory appeals; Costs.* When an appeal is not taken within the time fixed by the statute, and there is no provision for enlarging the time, the Court has no jurisdiction to hear it. But costs will not be given to the appellee on the motion to dismiss, when he notices the cause for hearing, and the appellant had in good faith prepared for it, by printing the record.

*Heard and decided May 3.*

Motion to dismiss an appeal.

The Portage Lake and Lake Superior Ship Canal Co., filed their petition in the Probate Court of Houghton County, under the provisions of § *10, act No. 137 of the Laws of 1861, p. 207,* and *chap. 67 Comp. Laws,* §§ *1962–1967,* for the condemnation to the use of their canal, of lands belonging to Adam Haas. A jury was demanded by the respondent, and on the 20th day of August, 1869, damages were awarded to him of $6000. Their verdict was on the same day confirmed by the Probate Court. On the 7th day of October, following, the attorney of the petitioners gave notice of an appeal to this Court.

*C. I. Walker* now moves to dismiss the appeal on the ground, that it was not taken within twenty days,—the time limited therefor by the statute.—*Comp. L.* § *1967.*

*S. F. Seager,* for the appellants, concedes the right to the dismissal on the ground stated; but insists that as the appeal was noticed for hearing at this term, by the appellee, and that in consequence thereof the appellant had, in good faith, prepared for the hearing by printing the record, no costs should be allowed.

THE COURT dismissed the appeal for want of jurisdiction, but without costs.